# *FILED SEPARATELY SHEET*

Civil Docket No. WMN-07-CV-1120

Criminal Docket No.

## ***FILED SEPARATELY***

- ☐ Answer
- ☐ Answer and attachment(s)
- ☐ Attachment(s)
- ☒ Exhibit(s) B to Notice of Removal
- ☐ Motion:
- ☐ Sealed
- ☐ Transcript of Proceedings before the Court on
- ☐ Transcript of Proceedings before SSA
- ☐ Deposition of taken on
- ☐ Other _

## ***MARGINAL ORDER***

For Pleading No.

See Pleading No.

**NO. 1**