**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **SHAYONNA FEATHERSTONE, et al.** | * | |
| **Plaintiffs** | * | |
| **v.** | * | **Civil Action No. 1:07-cv-1120** |
| | * | |
| **KENNEDY KRIEGER INSTITUTE, INC. et al.** | * | |
| **Defendants** | * | |
| | * | |

**DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' COMPLAINT**

Two of the Defendants, Marc Medin and Nancy Medin, by their undersigned counsel, hereby answers the Plaintiffs' Complaint and states:

1. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

2. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

3. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

4. Defendants are without sufficient knowledge and information and can neither admit nor deny the allegations contained in this sub-paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

5. Defendants are without sufficient knowledge and information and can neither admit nor deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

6. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

7. Defendants are without sufficient knowledge and information and can neither admit nor deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

8. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

9. Defendants are without sufficient knowledge and information and can neither admit nor deny the allegations contained in this paragraph; therefore, pursuant to Rule 9(b), this paragraph is deemed denied.

10. Defendants are without sufficient knowledge and information and can neither admit nor deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

11. Defendants are without sufficient knowledge and information and can neither

admit nor deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

12. Defendants are without sufficient knowledge and information and can neither admit nor deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

13. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

14. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

15. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

16. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

17. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

18. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph

is deemed denied..

19. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

20. Defendants are without sufficient knowledge and information and can neither admit nor deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

21. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

22. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

23. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

24. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

25. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

26. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

27. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

28. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

29. Defendants are without sufficient knowledge and information and can neither admit nor deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

30. Defendants are without sufficient knowledge and information and can neither admit nor deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

31. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

32. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

33. Defendants are without sufficient knowledge and information and cannot admit or

deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

34. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

35. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

36. Defendants incorporate by reference the defenses asserted in the foregoing paragraphs.

37. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

38. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

39. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

40. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

41. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

Defendants deny that the Plaintiffs are entitled to the relief requested in the WHEREFORE paragraph asserted after paragraph 41.

42. Defendants incorporate by reference the defenses asserted in the foregoing paragraphs.

43. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

44. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

45. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

Defendants deny that the Plaintiffs are entitled to the relief requested in the WHEREFORE paragraph asserted after paragraph 45.

46. Defendants incorporate by reference the defenses asserted in the foregoing paragraphs.

47. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph

is deemed denied.

48. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

49. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

Defendants deny that the Plaintiffs are entitled to the relief requested in the WHEREFORE paragraph asserted after paragraph 49.

50. Defendants incorporate by reference the defenses asserted in the foregoing paragraphs.

51. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

52. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

53. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

54. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph

is deemed denied.

55. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

56. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

57. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

58. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

59. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

Defendants deny that the Plaintiffs are entitled to the relief requested in the WHEREFORE paragraph asserted after paragraph 59.

60. Defendants incorporate by reference the defenses asserted in the foregoing paragraphs.

61. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph

is deemed denied.

62. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

63. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

64. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

65. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

Defendants deny that the Plaintiffs are entitled to the relief requested in the WHEREFORE paragraph asserted after paragraph 65.

66. Defendants incorporate by reference the defenses asserted in the foregoing paragraphs.

67. Defendants are without sufficient knowledge and information and can neither admit nor deny the allegations contained in this paragraph; therefore, by operation of law, this paragraph is deemed denied.

68. Defendants are without sufficient knowledge and information and can neither admit nor deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this

paragraph is deemed denied.

69. Defendants are without sufficient knowledge and information and can neither admit nor deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

70. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

71. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

72. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

73. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

74. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

75. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

Defendants deny that the Plaintiffs are entitled to the relief requested in the WHEREFORE paragraph asserted after paragraph 75.

76. Defendants incorporate by reference the defenses asserted in the foregoing paragraphs.

77. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

78. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

79. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

80. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

81. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

82. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

Defendants deny that the Plaintiffs are entitled to the relief requested in the WHEREFORE paragraph asserted after paragraph 82.

83. Defendants incorporate by reference the defenses asserted in the foregoing paragraphs.

84. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

85. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

86. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

87. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

88. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

89. Defendants are without sufficient knowledge and information and cannot admit or deny the allegations contained in this paragraph; therefore, pursuant to Rule 8(b), this paragraph is deemed denied.

Defendants deny that the Plaintiffs are entitled to the relief requested in the WHEREFORE paragraph asserted after paragraph 89.

**General Defenses**

Unless otherwise specifically admitted herein, each and every allegation contained in the Complaint is hereby denied. Defendants reserve the right to rely upon any defenses available in law or in fact and reserves the right to amend their Answer to Plaintiffs' Complaint.

**First Affirmative Defense**

The Complaint fails to state any claim against Defendants upon which relief may be granted.

**Second Affirmative Defense**

Plaintiffs' claims are barred by the doctrine of estoppel.

**Third Affirmative Defense**

Plaintiffs' claims are barred by the doctrine of waiver.

**Fourth Affirmative Defense**

Plaintiffs' claims are barred by the doctrine of accord and satisfaction.

**Fifth Affirmative Defense**

Plaintiffs' claims are barred by the doctrine of payment.

**Sixth Affirmative Defense**

Plaintiffs' claims are barred by release.

**Seventh Affirmative Defense**

Plaintiffs' claims are barred by preceding, superseding, and/or intervening causation.

**Eighth Affirmative Defense**

Plaintiffs' failed to join a necessary party and/or parties to the case.

**Ninth Affirmative Defense**

Plaintiffs' claims are barred by assumption of the risk.

**Tenth Affirmative Defense**

Plaintiffs' claims are barred by contributory negligence.

**Eleventh Affirmative Defense**

Plaintiffs' claims are barred by *res judicata* and/or collateral estoppel.

**Twelfth Affirmative Defense**

Defendants have total or partial charitable immunity.

**Thirteenth Affirmative Defense**

Plaintiffs' claims are barred by the statute of limitations.

**Fourteenth Affirmative Defense**

Plaintiffs' claims are barred by laches.

**Fifteenth Affirmative Defense**

Defendants reserve the right to raise any additional affirmative and/or negative defense.

**First Negative Defense**

Sharon Jackson lacks the authority to sue in a representative capacity.

WHEREFORE, having fully answered the Complaint, Defendants Marc Medin and Nancy Medin pray that this Court dismiss, with prejudice, the Complaint and grant such other and further relief as this Court deems just and proper under the circumstances.

Respectfully submitted,

/s/

**Michael D. Vogelstein, Esq.**
**(Bar No. 23718)1616**
**201 N. Charles Street, Ste 801**
**Baltimore, Maryland 21201**
**410-727-3000**
**Attorney for:**
**Marc Medin and Nancy Medin**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of May, 2007, a copy of the foregoing Defendants' Amended Answer was electronically filed and mailed via first class mail, postage prepaid, to:

Evan K. Thalenberg, Esq.
Nicholas A. Szokoly, Esq.
EVAN K. THALENBERG, P.A.
216 E. Lexington Street
Baltimore, Maryland 21202
Attorney for Plaintiffs

Natalie C. Magdeburger, Esq.
Raymond L. Marshall, Esq.
WHITEFORD, TAYLOR, PRESTON, LLP
210 W. Pennsylvania Avenue
Towson, Maryland 21204
Attorneys for Johns Hopkins University

Barry Goldstein
Nicole A. McCarus
Waranch & Brown, LLC
1301 York Road, Suite 300
Lutherville, Maryland 21093
Attorneys for Defendants Kennedy
Krieger Institute, Inc. And Cecilia Davoli, M.D.

By U.S. Mail to:

Helen Health, Individually and Trading as
Lady "H" Enterprises
6732 Wilmont Drive
Gwynn Oak, Maryland 21207
*Pro Se* Defendant

Timothy Knepp, Esq.
P.O. Box 34019
Essex, Maryland 21221
Attorney for Pythagoras Passas and
Anne L. Passas

/s/
Michael D. Vogelstein